WAGENER, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by H. Allen Wagener against the Fidelity & Casualty Company, etc. No opinion. Judgment and order affirmed, with costs.

WAITE, Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by James L. Waite against the Delaware & Hudson Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless within 20 days after service of order respondent stipulates to reduce the verdict to $1,500, in which case judgment as so reduced and order unanimously affirmed, without costs.

WALTER v. RAFALSKY. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Gustave E. Walter against Rosalie L. Rafalsky. No opinion. Motion granted; question certified; order filed.

WANAMAKER et al., Respondents, v. EDLIN, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by John Wanamaker and others against William Edlin. L. B. Boudin, for appellant. R. Ely, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re WANTZELIUS. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Camille J. N. Kainer, an infant (Hugo Wantzelius and Ætna Indemnity Company, appellants), and as general guardian of Edythe M. Kainer, an infant. No opinion. Motion for resettlement denied.

In re WANTZELIUS (two cases). (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Camille J. N. Kainer and Edythe M. Kainer, infants. No opinion. Motions granted.

WARDEN v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Irene Warden, an infant, etc., against the city of New York and others. No opinion. Plaintiff's exceptions sustained, and motion for new trial granted; costs to abide the event.

WARLAND, Appellant, v. MURALO CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by William E. Warland against the Muralo Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

WARNER, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action

by Ellen E. Warner against Franklin S. Holmes. No opinion. This order for the taking of deposition of a person not a party cannot stand, for it was granted at Special Term, instead of by a judge, the affidavits presented were insufficient in material matters, and the order itself is indefinite, if not defective. The order is reversed, with $10 costs and disbursements, and the motion is denied, with $10 costs.

WASHBURN, Appellant, v. TRAVELERS' INS. CO. OF HARTFORD, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Washburn against the Travelers' Insurance Company of Hartford. No opinion. Judgment affirmed, with costs.

WASHINGTON TRUST CO. OF CITY OF NEW YORK, Respondent, v. MORSE IRON WORKS & DRY DOCK CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1906.) Action by the Washington Trust Company of the city of New York against the Morse Iron Works & Dry Dock Company and others. No opinion. Motion for leave to appeal to the Court of Appeals granted; questions to be settled before JENKS, J.

In re WASSERMAN. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of Frank Wasserman for admission to the bar. No opinion. Application for admission to the bar granted.

In re WATERMAN. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the estate of Henry Waterman, deceased. No opinion. We are of the opinion that it was not necessary in this case to grant a new trial upon a reversal. Sections 2586 and 2587, Code Civ. Proc. The motion is denied, without costs.

In re WATERMAN'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the estate of Henry Waterman, deceased. No opinion. Order of the Surrogate's Court of Kings County reversed on argument, with $10 costs and disbursements, and motion for stay denied.

WATKINS et al., Appellants, v. MILLS, Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Joseph Watkins and another against Darius O. Mills, impleaded. J. A. Garver, for appellants. G. W. Murray, for respondents. No opinion. Judgment affirmed, with costs, on Blum v. Whitney (Court of Appeals, May 17, 1906; 77 N. E. 1159), with leave to plaintiff to amend on payment of costs in this court and in the court below.

WEBB, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Howard W. Webb against the New York City Railway Company. No opinion. Judgment of the Municipal Court re-

versed, and new trial ordered, costs to abide the event; on the ground that the decision was against the weight of evidence.

WEDDIGAN et ·al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Frank A. Weddigan and another against William F. Whiting. No opinion. Motion for reargument granted, and the same set down for hearing on Monday, the 28th day of the present month.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Frank A. Weddigan and another against William F. Whiting.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

WEEKS et al., Appellants, v. WINTJEN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Count W. Weeks and Susie S. Weeks against Marx Wintjen. No opinion. Judgment affirmed, with costs.

WEIDENFELD, Appellant, v. BYRNE et al., Respondents. (Supreme Court, Appellate Division, Second Department. Oct. 12, 1906.) Action by Camille Weidenfeld against Frank P. Byrne and others, as executors of the will of John Byrne, deceased, and Thomas H. Hubbard. No opinion. Motion denied.

WEIR v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Winant W. Weir against the Union Railway Company. No opinion. Motion to dismiss appeal denied. Motion for leave to go to Court of Appeals granted. Settle orders on notice.

WEIZINGER v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Paul Weizinger against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

WERNER, Appellant, v. CITY OF NEW YORK, Respondent (action No. 1). (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Richard Werner against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

WESTERN ELECTRIC CO., Appellant, v. FISCHEL, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by the Western Electric Company against Harry Fischel. R. T. Greene, for appellant. J. A. Seidman, for respondent. No opinion. Judgment affirmed, with costs.

In re WEST 212th STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of the city of New York and West 212th Street. H. Swain, for appellant. E. G. Creamer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WESTON v. TOWNSHEND. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Fannie M. Weston against John Townshend. No opinion. Motion denied, on payment of $10 costs. Order filed.

WETTJE, Respondent, v. SILVERMAN, Appellant. (Supreme Court, Appellate Division Second Department. June 8, 1906.) Action by George Wettje, Jr., against Arthur E. Silverman.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that it was not shown that the defendant was in any way responsible for the falling of the brick, as the brickwork was being done by a contractor.

WHITAKER, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Harry P. Whitaker against Jenny K. Stafford. J. L. Romer, for appellant. F. Brundage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WHITE, Respondent, v. BOCK, Appellant. (Supreme Court, Appellate Division, Second Department, June 8, 1906.) Action by Minnie H. White against Amandus P. G. Bock. No opinion. Judgment of the Municipal Court affirmed, with costs.

WHITE v. DAVENPORT et al. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Josiah J. White against William B. Davenport and others. No opinion. Motion denied, with $10 costs.

WHYTE, Respondent, v. REYNOLDS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Andrew Whyte against William H. Reynolds and others. No opinion. Order affirmed, with $10 costs and disbursements.

WICKES, Appellant, v. HIGH GROUND DAIRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Simon Wickes against the High Ground Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WIEBALK, Appellant v. HAVILAND, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Claus H. Wiebalk against Warren Haviland. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re WILCOX, Justice of the Peace. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) In the matter of the application to remove William P. Wil-